

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00209-CV

John M. **HERRMANN**, and Conchita L. **HERRMANN**,
Appellants

v.

**CREDIT UNION OF TEXAS**,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. 2025-CV-0057
William (Bill) G. Squires III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT.

SIGNED August 6, 2025.

_____
H. Todd McCray, Justice